UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
:
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION,                                                    :
                                                               :
                          Plaintiff,                           :    Civil Action No.3:10-04126-JP-DEA
                                                               :
        -against-                                              :
                                                               :
PRINCETON HEALTHCARE SYSTEM,                                   :    NOTICE OF MOTION TO COMPEL
                                                               :
                          Defendant.                           :
                                                               :
---------------------------------------------------------------x

TO:   William Gibson
      Pepper Hamilton LLP
      Suite 400
      301 Carnegie Center
      Princeton, New Jersey 08543-5276
      Attorney for Defendant

PLEASE TAKE NOTCE that on May 16, 2011, or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission ("EEOC"), will move before the Honorable Douglas Arpert, U.S.M.J., at a time to be set by the Court, for an Order Compelling Defendant to provide responses to EEOC's discovery requests for the period from January 1, 2000 to the present and to provide a response to EEOC's Document Requests 1, 2, and 22;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, EEOC will rely upon the accompanying Memorandum of Law and the Declaration of Rosemary DiSavino, with attachments and;

PLEASE TAKE FURTHER NOTICE that a proposed form of Order granting the relief requested is submitted herewith.

Dated: April 21, 2011

/s/ Rosemary DiSavino
Rosemary DiSavino
Trial Attorney
Equal Employment Opportunity Commission
One Newark Center, 21st Floor
Newark, N.J. 07102
(973) 645-6430
Fax: 973-645-4524
rosemary.disavino@eeoc.gov