UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
:
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
: Civil Action No.3:10-04126-JP-DEA
Plaintiff, :
:
-against- :
:
PRINCETON HEALTHCARE SYSTEM, : Declaration of
: Rosemary DiSavino
Defendant. :
:
---------------------------------------------------------------x

## DECLARATION OF ROSEMARY DISAVINO

Rosemary DiSavino declares under penalty of perjury:

1. I am a Trial Attorney with Plaintiff Equal Employment Opportunity Commission ("EEOC"), representing EEOC in this litigation.

2. Attached hereto as "Exhibit A" are true and correct copies of excerpts from Defendant's attendance and leave policies.

3. Attached hereto as "Exhibit B" is a true and correct copy of the EEOC Charge of Discrimination filed by Suzanne Nydick.

4. Attached hereto as "Exhibit C" are true and correct copies of letters received by Suzanne Nydick in response to her request for a leave of absence.

5. Attached hereto as "Exhibit D" is a true and correct copy of the EEOC Charge of Discrimination filed by Scott Satow.

6. Attached hereto as "Exhibit E" are true and correct copies of Disciplinary Actions received by Scott Satow because of disability-related absences from work.

7. Attached hereto as "Exhibit F" are true and correct copies of EEOC's First Set of Document Requests, First Set of Interrogatories and EEOC's Notice of 30(b)(6) Deposition to Defendant.

8. Attached hereto as "Exhibit G" are true and correct copies of Defendant's Response to EEOC's First Set of Document Requests.

9. Attached hereto as "Exhibit H" is a true and correct copy of EEOC's February 28, 2011 deficiences letter to Defendant and EEOC's letter canceling the March 16, 2011 30(b)(6) deposition.

10. Attached hereto as "Exhibit I" is a true and correct copy of Defendant's March 11, 2011 response to EEOC's February 28, 2011 deficiences letter.

11. Attached hereto as "Exhibit J" are true and correct copies of lists of persons who requested a leave of absence from 2005 through 2009 provided by Defendant to EEOC. The names of the individuals have been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2011

/s/ Rosemary DiSavino
Rosemary DiSavino