United States District Court
District of New Jersey

```
-----------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY              :
COMMISSION,                               :
                                          : Civil Action No. 3:10-cv-04126-JP-DEA
                 Plaintiff,               :
                                          :
          v.                              :
                                          :
                                          :
PRINCETON HEALTHCARE SYSTEM,              :
                                          :
                                          :
                 Defendant.               :
-----------------------------------------------------------x
```

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2011, I sent a copy of Plaintiff's Notice of Motion to Compel along with Plaintiff's Brief in Support of the Motion, Declaration of Rosemary DiSavino with attachments, and a proposed form of Order, via e-mail and ECF filing, to the following, attorney for defendant Princeton HealthCare System:

William Gibson<br>
PepperHamilton LLP<br>
Suite 400<br>
301 Carnegie Center<br>
Princeton, New Jersey 08543-5276

Dated: April 21, 2011

/s/ Rosemary DiSavino
Rosemary DiSavino, Trial Attorney
Equal Employment Opportunity
Commission
One Newark Center, 21st Floor
Newark, N.J. 07102
Email: rosemary.disavino@eeoc.gov
Tel.: (973) 645-6430